IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARDINER ANDERSON,<br><br>        Plaintiff,<br><br>- against -<br><br>BARSTOOL SPORTS, INC.<br><br>        Defendant. | Case No. 1:18-cv-04257-JMF<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Joshua A. Druckerman, hereby enter my appearance on behalf of Defendant Barstool Sports, Inc. in the above-captioned action, and request that copies of all papers in this action be served upon me at the address set forth below.  I certify that I am admitted to practice before this Court.

Dated: June 1, 2018
   New York, New York

                KATTEN MUCHIN ROSENMAN LLP

By:      /s/
Joshua A. Druckerman
575 Madison Avenue
New York, New York 10022
Telephone: (212) 940-8800
Facsimile:  (212) 940-8776
joshua.druckerman@kattenlaw.com

*Attorneys for Defendant*
*Barstool Sports, Inc.*

133694064